UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Damen Toy
                    Plaintiff,

v.                                        Case No.: 1:08−cv−01728
                                        Honorable Elaine E. Bucklo

Terry McCann, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: On 4/7/08, the court ordered plaintiff to pay the full filing fee of $350. Plaintiff has failed to comply with the 4/7/08 order. Accordingly, the Clerk is directed to enter judgment dismissing this case for plaintiff's failure to pay the filing fee. See Brekke v. Morrow, 840 F.2d 4, 5 (7th Cir. 1988). However, having brought this action, plaintiff remains obligated to pay the full filing fee. See 28 U.S.C. § 1915(b)(1). Nonpayment may affect plaintiff's ability to bring future suits in forma pauperis. See Thurman v. Gramley, 97 F.3d 185, 187 (7th Cir. 1996), overruled on other grounds by Walker v. OBrien, 216 F.3d 626 (7th Cir. 2000).Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.