# United States District Court
## Northern District of Illinois
### Eastern Division

Damen Toy                              **JUDGMENT IN A CIVIL CASE**

        v.                                          Case Number: 08 C 1728

Terry McCann, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for failure to pay the filing fee pursuant to order dated 4/7/08. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988). However, having brought this action, plaintiff remains obligated to pay the full filing fee. See 28 U.S.C. § 1915(b)(1).

                                                              Michael W. Dobbins, Clerk of Court

Date: 5/28/2008                                      _____

                                                              /s/ Mathew P. John, Deputy Clerk