7-2-08

# FILED

JUN - 3 2008

Dear Michael W. Dobbins,

I recently received a letter from the United States District Court in reference to case no: 1:08-CV-01728, in which my claim has been dismissed for failure to pay the filing fee.

Mr. Dobbins, I must inform this court I never received any kind of reply from this court in regards to my In Forma Pauperis I sent to the U.S. District Court. I have remained at Stateville Corr. Ctr. and did not receive the order for the filing fee deadline. I ask, how would I have known about the deadline to pay the filing cost if I never received the order. So now I'm being asked to pay the fee. Please inform me if I can appeal the courts decision to dismiss my claim and how to proceed with the appeal if at all possible. Please send the information to:

Damen Toy #N94265
P.O. Box 112
Joliet, IL. 60434
Stateville Corr. Ctr.

Case: Damen Toy         Case No.
         v.                      (1:08-CV-0128)
      Terry McCann, et al     Honorable
                               Elaine E. Bucklo