FILED 6-16-08

JUN 2 0 2008

TO MICHAEL W. DOBBINS
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1728

I recently received a reply to the request on how to appeal the courts decision to dismiss my claim for failure to comply with the 4-7-08 order to pay the filing fee of $350.

As I tried to explain, I do not wish to appeal the in forma pauperis decision asking me to pay, I wish to appeal the decision to dismiss my claim because of the failure to pay the filing fee. As I stated in my previous letter, I did not receive to order when the fee must be paid.

I have been sent copies of the order to pay the filing fee and the printout showes that the order was mailed but I must remind this court again, that I never received the order. This is what I want to appeal, not the fact that my claim was dismissed but the fact that it was dismissed because I failed to pay the fee, because I never received the order to do so, not the in forma pauperis decison. Please explain how I could have known about the deadline to pay the fee when I never got a notice stating to do so. Please send any information as to how I can appeal the court decision based on the fact I never received the order. Please sent anything which my deemed helpful to the person listed:

DAMEN TOY #N94265
P.O. BOX 112
JOLIET, IL. 60434


CASE INFO:

                                    CASE NO. 1:08-CV-01728
DAMEN TOY                           HONORABLE ELAINE E.
    v                                              BUCKLO
TERRY McCANN, et AL



                            THANK YOU
                            [signature]