Dear U.S. District Court,

**FILED**
Aug 15, 2008
AUG 15 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This letter is in regards to case number (08 C 1728), Damen Toy (N94265) v. Terry McCann, et al. To inform this court that I, Damen Toy, did in fact receive the order mailed on 7/31/08 stating a filing fee of $350 is needed in order to not have the above case dismissed.

I hereby inform this Honorable Court that I am no longer able to afford the filing fee and respectfully ask this court to dismiss the case of Damen Toy (N94265) v. Terry McCann, et al. Case # 08 C 1728 without any

cost of fine towards the plaintiff. Please enter this letter to whomever it may concern and please express my wishes on this matter.

THANK YOU
Damen Jay
(N94265)