UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Damen Toy

                    Plaintiff,

v.                                             Case No.: 1:08−cv−01728
                                              Honorable Elaine E. Bucklo

Terry McCann, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:The Court construes Plaintiff's letter, dated August 12, 2008, as a motion to voluntarily dismiss complaint without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure [12]. The motion is granted. Any other pending motions are denied as moot.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.